UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JEFFREY D. ROSAL

                                    CASE NO. C 09-01276 PJH

          Plaintiff(s),

        v.                              STIPULATION AND [~~PROPOSED~~]
FIRST FEDERAL BANK OF              ORDER SELECTING ADR PROCESS
CALIFORNIA, ET AL.,

          Defendant(s).
_____/

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)  (ADR L.R. 5)
✓       Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
        Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    ✓       the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

            other requested deadline _____

Dated: June 19, 2009

                                                Attorney for Plaintiff

Dated: June 19, 2009

                                                Attorney for Defendant
                                                Epport, Richman & Robbins, LLP
                                                Steven N. Richman
                                                Aron P. Hochhauser
                                                Attorneys for Defendants
                                                First Federal Bank of California,
                                                Seaside Financial Corp., T.D.
                                                Service Company, and All Phase
                                                Brokers, Inc.

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
✓    Mediation
    Private ADR

Deadline for ADR session
✓    90 days from the date of this order.
    other

IT IS SO ORDERED.

Dated: 6/23/09



IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA