STEVEN N. RICHMAN, State Bar No. 101267
ARON P. HOCHHAUSER, State Bar No. 245099
**EPPORT, RICHMAN & ROBBINS, LLP**
1875 Century Park East, Suite 800
Los Angeles, California  90067-2512
Telephone:    (310) 785-0885
Facsimile:     (310) 785-0787
E-Mail:          *srichman@erlaw.com*
                      *ahochhauser@erlaw.com*

Attorneys for Defendants FIRST FEDERAL BANK OF CALIFORNIA, SEASIDE FINANCIAL CORPORATION, T.D. SERVICE COMPANY and ALL PHASE BROKERS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY D. ROSAL,<br><br>          Plaintiff,<br><br>    v.<br><br>FIRST FEDERAL BANK OF CALIFORNIA; SEASIDE FINANCIAL CORPORATION; T.D. SERVICE COMPANY; SERVICE LINK; ALL PHASE BROKERS, INC.; DOES 1 through 100,<br><br>          Defendants. | CASE NO. 09-cv-01276 PJH (MEJ)<br><br>*The Honorable Phyllis J. Hamilton, Courtroom 5*<br><br>[~~PROPOSED~~] **ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1  The Stipulation seeking to continue the Case Management Conference has been
2  submitted to this Court.  IT IS HEREBY ORDERED that the Case Management
3  Conference, previously scheduled for July 9, 2009, at 2:30 p.m., is continued to August 13,
4  2009, at 2:30 p.m.
5      IT IS SO ORDERED.

7  DATED: 7/6/09



THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT

*Left margin:* EPPORT, RICHMAN & ROBBINS, LLP — 1875 CENTURY PARK EAST, SUITE 800, LOS ANGELES, CALIFORNIA 90067-2512 • TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, Suite 800, Los Angeles, California 90067-2512.

On July 2, 2009, I served true copies of the following document(s) described as **[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** on the interested parties in this action as follows:

Ronald V. Uy                                        Attorneys for Plaintiff Jeffrey D. Rosal
Law Offices of Ronald V. Uy
1212 Broadway
Suite 820
Oakland, California 94612

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Epport, Richman & Robbins, LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing as set forth in this Proof of Service.

I declare that I am employed in the office of a member of the bar of this Court, at whose direction this service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 2, 2009, at Los Angeles, California.



Letty Toscano