1

2

3                           UNITED STATES DISTRICT COURT

4                          NORTHERN DISTRICT OF CALIFORNIA

5

6

7
JEFFERY D. ROSAL,                                    No. C 09-1276 PJH
8
            Plaintiff,                               **JUDGMENT**
9
        v.
10
FIRST FEDERAL BANK OF
11  CALIFORNIA, et al.,

12          Defendants.
    _____/
13
        Pursuant to the order entered today dismissing this action, judgment is entered in
14
favor of defendants.
15
        **IT IS SO ORDERED.**
16
Dated: July 15, 2009
17

18                                                   _____
19                                                   PHYLLIS J. HAMILTON
                                                     United States District Judge
20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28